Form 154A

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:  Bankruptcy Case No.: 18−20672−GLT

Chapter: 13

**Robert A Raineri**
Debtor(s)

Jennifer L Raineri

**NOTICE TO FILE PROOF OF CLAIM**

NOTICE IS GIVEN THAT:

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **May 4, 2018**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**
U.S. Bankruptcy Court
c/o CLAIMS CLERK
5414 U.S Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Michael R. Rhodes
*Clerk, U.S. Bankruptcy Court*

Dated: 2/26/18

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 18-20672-GLT
Robert A Raineri                                                        Chapter 13
Jennifer L Raineri
          Debtors                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                  Page 1 of 2                  Date Rcvd: Feb 26, 2018
                              Form ID: 154A                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2018.
db/jdb         +Robert A Raineri,    Jennifer L Raineri,    611 Harvester Dr,    Oakdale, PA 15071-9393
14779701       +Allegent Community Fcu,    1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
14779704       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
14779705       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14779706      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14779727      ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Mabt/contfin,     Pob 8099,    Newark, DE 19714)
14779708       +Capital One,    Po Box 30253,    Salt Lake City, UT 84130-0253
14779710       +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14779711       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14779712       +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14779713       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14779714       +Comenity Bank/express,    Po Box 182789,    Columbus, OH 43218-2789
14779715       +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14779716       +Comenitybank/victoria,    Po Box 182789,    Columbus, OH 43218-2789
14779720       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14779721       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14779722       +Frd Motor Cr,    Po Box Box 542000,    Omaha, NE 68154-8000
14779730       +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
14779733       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
14779746       +Syncb/score Rewards,    Po Box 965005,    Orlando, FL 32896-5005
14779748       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14779749       +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
14779750       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14779702       +E-mail/Text: ally@ebn.phinsolutions.com Feb 27 2018 02:18:24      Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
14779703       +E-mail/Text: bk@avant.com Feb 27 2018 02:19:52      Avant,    222 N. Lasalle Suite 170,
                Chicago, IL 60601-1101
14779709       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 27 2018 02:18:03       Capital One Auto Finan,
                3901 Dallas Pkwy,    Plano, TX 75093-7864
14779717       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2018 02:17:04       Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
14779718       +E-mail/PDF: creditonebknotifications@resurgent.com Feb 27 2018 02:18:01       Creditonebnk,
                Po Box 98875,    Las Vegas, NV 89193-8875
14779719       +E-mail/Text: mrdiscen@discover.com Feb 27 2018 02:18:25      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
14779723       +E-mail/Text: bankruptcy@huntington.com Feb 27 2018 02:19:05      Huntington Mortgage Co,
                Po Box 1558,    Columbus, OH 43216-1558
14779724       +E-mail/Text: BKRMailOPS@weltman.com Feb 27 2018 02:18:44      Kay Jewelers,    375 Ghent Rd,
                Fairlawn, OH 44333-4600
14779725       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 27 2018 02:18:29      Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14779726       +E-mail/Text: bk@lendingclub.com Feb 27 2018 02:19:49      Lending Club Corp,
                71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14779728       +E-mail/Text: bkr@cardworks.com Feb 27 2018 02:18:23      Merrick Bank Corp,    Po Box 9201,
                Old Bethpage, NY 11804-9001
14779729       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Feb 27 2018 02:20:23       Midamerica/milestone/g,
                Po Box 4499,    Beaverton, OR 97076-4499
14779731       +E-mail/PDF: cbp@onemainfinancial.com Feb 27 2018 02:17:50      Onemain,    Po Box 1010,
                Evansville, IN 47706-1010
14779732       +E-mail/PDF: cbp@onemainfinancial.com Feb 27 2018 02:16:55      Onemain Financial,    Po Box 499,
                Hanover, MD 21076-0499
14780164       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 02:18:09
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14779734       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 27 2018 02:17:10      Regional Finance Corp,
                550 Ohio Pike Unit F,    Cincinnati, OH 45255-3472
14779735       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb Home,    Po Box 965036,
                Orlando, FL 32896-5036
14779736       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/amazon,    Po Box 965015,
                Orlando, FL 32896-5015
14779737       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/amer Eagle,    Po Box 965005,
                Orlando, FL 32896-5005
14779738       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/bp,    Po Box 965024,
                Orlando, FL 32896-5024
14779739       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/care Credit,
                C/o Po Box 965036,    Orlando, FL 32896-0001
14779740       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/citgo,    4125 Windard Plaza,
                Alpharetta, GA 30005-8738
14779741       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/jcp,    Po Box 965007,
                Orlando, FL 32896-5007
```

```
District/off: 0315-2          User: admin              Page 2 of 2              Date Rcvd: Feb 26, 2018
                              Form ID: 154A            Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14779742       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/levin Furniture,
                 950 Forrer Blvd,    Kettering, OH 45420-1469
14779743       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
14779744       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/paypal Extras Mc,
                 Po Box 965005,    Orlando, FL 32896-5005
14779745       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/paypal Smart Con,
                 Po Box 965005,    Orlando, FL 32896-5005
14779747       +E-mail/PDF: gecsedi@recoverycorp.com Feb 27 2018 08:51:38      Syncb/walmart,   Po Box 965024,
                 Orlando, FL 32896-5024
14779751       +E-mail/Text: bnc-bluestem@quantum3group.com Feb 27 2018 02:19:52         Webbank/fingerhut,
                 6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14779707      ##+Capital One,   Po Box 5253,   Carol Stream, IL 60197-5253
                                                                                     TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2018 at the address(es) listed below:
              Lawrence W. Willis    on behalf of Joint Debtor Jennifer L Raineri ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Robert A Raineri ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```