FILED
3/19/18 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 18-20672-GLT |
| | : | |
| **Robert A. Raineri and** | : | Chapter 13 |
| **Jennifer L. Raineri,** | : | |
| Debtors | : | |
| | : | Related to Document No. 17 |
| **Robert A. Raineri and** | : | |
| **Jennifer L. Raineri,** | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour** Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## MODIFIED ORDER

**AND NOW**, on this 19th day of March, 2018, upon consideration of the Motion of the above reference Debtor(s), praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor(s) to file their Chapter 13 Petition, Chapter 13 Plan, Schedules, and Pay Advices be hereby extended to and including **March 29, 2018**.   No further extension will be granted

BY THE COURT:

_____
Hon. Gregory L. Taddonio    cgt
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert A Raineri  
Jennifer L Raineri  
      Debtors

Case No. 18-20672-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Mar 19, 2018  
                            Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db/jdb      +Robert A Raineri,   Jennifer L Raineri,   611 Harvester Dr,   Oakdale, PA 15071-9393

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:  
      James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper  
       bkgroup@kmllawgroup.com  
      Lawrence W. Willis   on behalf of Joint Debtor Jennifer L Raineri ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
      Lawrence W. Willis   on behalf of Debtor Robert A Raineri ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                 TOTAL: 5