# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Robert A Raineri**
     **Jennifer L Raineri** _____

Case No.   **18-20672**

_____ Debtor(s)

Chapter   **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, __**Robert A Raineri**__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, __**Jennifer L Raineri**__ , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐   I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐   I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑   I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **March 29, 2018** _____

Signature **/s/ Robert A Raineri** _____
**Robert A Raineri**
Debtor

Date **March 29, 2018** _____

Signature **/s/ Jennifer L Raineri** _____
**Jennifer L Raineri**
Joint Debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

## PERSONAL AND CHECK INFORMATION

JENNIFER I RAINERI
611 HARVESTER DR
OAKDALE, PA 15071
Soc Sec #: xxx-xx-xxxx    Employee ID: A019

Home Department: 400 Servers

Pay Period: 12/18/17 to 12/31/17
Check Date: 01/09/18    Check #: 100018

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1022.68 | 1022.68 |
| NET PAY | 1022.68 | 1022.68 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 39.18 | 2.8300 | 110.88 | 39.18 | 11 |
| Service Charges | | 2.8300 | 428.44 | | 42 |
| Direct Tips | | | 711.09 | | 71 |
| Total Hours | 39.18 | | | 39.18 | |
| Gross Earnings | | | 1250.41 | | 125 |
| Total Hrs Worked | 39.18 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YT |
|---|---|---|---|
| Social Security | | 77.53 | 7 |
| Medicare | | 18.13 | 1 |
| Fed Income Tax | M 1 | 78.43 | 7 |
| PA Income Tax | | 38.39 | 3 |
| PA Unemploy | | 0.75 | |
| PA PGH-All Inc | | 12.50 | 1 |
| PA PILST-All LST | | 2.00 | |
| TOTAL | | 227.73 | 22 |

---

FOLD AND REMOVE                                                                 FOLD AND REMOVE

---

## PERSONAL AND CHECK INFORMATION

JENNIFER I RAINERI
611 HARVESTER DR
OAKDALE, PA 15071
Soc Sec #: xxx-xx-xxxx    Employee ID: A019

Home Department: 400 Servers

Pay Period: 01/01/18 to 01/14/18
Check Date: 01/23/18    Check #: 100081

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 688.12 | 1710.80 |
| NET PAY | 688.12 | 1710.80 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 29.05 | 2.8300 | 82.21 | 68.23 | 193.09 |
| Service Charges | | 2.8300 | 275.21 | | 703.65 |
| Direct Tips | | | 458.80 | | 1169.89 |
| Total Hours | 29.05 | | | 68.23 | |
| Gross Earnings | | | 816.22 | | 2066.63 |
| Total Hrs Worked | 29.05 | | | | |

### OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Cash Tips | 40.00 | 40.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 53.08 | 130.61 |
| Medicare | | 12.42 | 30.55 |
| Fed Income Tax | M 1 | 25.24 | 103.67 |
| PA Income Tax | | 26.29 | 64.68 |
| PA Unemploy | | 0.51 | 1.26 |
| PA PGH-All Inc | | 8.56 | 21.06 |
| PA PILST-All LST | | 2.00 | 4.00 |
| TOTAL | | 128.10 | 355.83 |

**PERSONAL AND CHECK INFORMATION**
JENNIFER I RAINERI
611 HARVESTER DR
OAKDALE, PA  15071
Soc Sec #: xxx-xx-xxxx    Employee ID: A019

Home Department: 400 Servers

Pay Period: 01/15/18 to 01/28/18
Check Date: 02/06/18    Check #: 100153

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1261.76 | 2972.56 |
| **NET PAY** | **1261.76** | **2972.56** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 39.23 | 2.8300 | 111.02 | 107.46 | 304.11 |
| Service Charges | | 2.8300 | 545.59 | | 1249.24 |
| Direct Tips | | | 887.13 | | 2057.02 |
| Total Hours | 39.23 | | | 107.46 | |
| Gross Earnings | | | 1543.74 | | 3610.37 |
| Total Hrs Worked | 39.23 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Cash Tips | | 40.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 95.71 | 226.32 |
| Medicare | | 22.38 | 52.93 |
| Fed Income Tax | M 1 | 98.13 | 201.80 |
| PA Income Tax | | 47.39 | 112.07 |
| PA Unemploy | | 0.93 | 2.19 |
| PA PGH-All Inc | | 15.44 | 36.50 |
| PA PILST-All LST | | 2.00 | 6.00 |
| **TOTAL** | | 281.98 | 637.81 |

FOLD AND REMOVE                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
JENNIFER I RAINERI
611 HARVESTER DR
OAKDALE, PA  15071
Soc Sec #: xxx-xx-xxxx    Employee ID: A019

Home Department: 400 Servers

Pay Period: 01/29/18 to 02/11/18
Check Date: 02/20/18    Check #: 100214

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 966.00 | 3938.56 |
| **NET PAY** | **966.00** | **3938.56** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 40.12 | 2.8300 | 113.54 | 147.58 | 417.65 |
| Service Charges | | 2.8300 | 373.16 | | 1622.40 |
| Direct Tips | | | 673.64 | | 2730.66 |
| Total Hours | 40.12 | | | 147.58 | |
| Gross Earnings | | | 1160.34 | | 4770.71 |
| Total Hrs Worked | 40.12 | | | | |

**OTHER ITEMS**
Do not increase Net Pay

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Cash Tips | | 40.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 71.94 | 298.26 |
| Medicare | | 16.83 | 69.76 |
| Fed Income Tax | M 1 | 55.65 | 257.45 |
| PA Income Tax | | 35.62 | 147.69 |
| PA Unemploy | | 0.70 | 2.89 |
| PA PGH-All Inc | | 11.60 | 48.10 |
| PA PILST-All LST | | 2.00 | 8.00 |
| **TOTAL** | | 194.34 | 832.15 |

ACTION SUPPLY PRODUCTS INC
1065 MONTOUR WEST INDUSTRIAL PARK
CORAOPOLIS PA 15108

1404-4185
ORG1:100 Administra
tive Clerical
EE ID: 1214       DD

ROBERT A RAINERI
611 HARVESTER DR
OAKDALE PA 15071

**PERSONAL AND CHECK INFORMATION**
ROBERT A RAINERI
611 HARVESTER DR
OAKDALE, PA 15071
Soc Sec #: xxx-xx-xxxx     Employee ID: 1214

Home Department: 100 Administrative Clerical

Pay Period: 01/23/18 to 02/13/18
Check Date: 02/15/18    Check #: 11958
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5903 | 2241.58 | 7369.64 |
| **NET PAY** | **2241.58** | **7369.64** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| Mgmt Salary | 0.00 days | 5.50 days |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 3516.67 | | 10550.01 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 3516.67 | | 10550.01 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|
| | Social Security | | 198.40 | | 595.19 |
| | Medicare | | 46.40 | | 139.20 |
| | Fed Income Tax | M 4 | 227.37 | | 740.56 |
| | PA Income Tax | | 98.24 | | 294.72 |
| | PA Unemploy | | 2.11 | | 6.33 |
| | PA LNFAY-All LS | | 2.17 | | 6.51 |
| | PA NFAYE-All Inc | | 32.00 | | 96.00 |
| | **TOTAL** | | 606.69 | | 1878.51 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Garnishment | 351.67 | 5211.92 | 351.67 |
| | TO-PXCMP EE P | 264.17 | | 792.51 |
| | TO-PXVIS EE PR | 3.13 | | 9.39 |
| | TO-TO-PXDEN E | 49.43 | | 148.29 |
| | **TOTAL** | 668.40 | | 1301.86 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2241.58 | 7369.64 |

ACTION SUPPLY PRODUCTS INC
1065 MONTOUR WEST INDUSTRIAL PARK
CORAOPOLIS PA 15108

1404-4185
ORG1:100 Administrative Clerical
EE ID: 1214        DD

ROBERT A RAINERI
611 HARVESTER DR
OAKDALE PA  15071

## PERSONAL AND CHECK INFORMATION
ROBERT A RAINERI
611 HARVESTER DR
OAKDALE, PA  15071
Soc Sec #: xxx-xx-xxxx    Employee ID: 1214

Home Department: 100 Administrative Clerical

Pay Period: 01/14/18 to 01/22/18
Check Date: 01/31/18    Check #: 11933

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5903 | 2593.26 | 5128.06 |
| NET PAY | 2593.26 | 5128.06 |

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Mgmt Salary | 0.00 days | 5.50 days |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 3516.67 | | 7033.34 |
| Total Hours | | | | | |
| Gross Earnings | | | 3516.67 | | 7033.34 |
| Total Hrs Worked | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 198.39 | 396.79 |
| Medicare | | 46.40 | 92.80 |
| Fed Income Tax | M 4 | 227.37 | 513.19 |
| PA Income Tax | | 98.24 | 196.48 |
| PA Unemploy | | 2.11 | 4.22 |
| PA LNFAY-All LS | | 2.17 | 4.34 |
| PA NFAYE-All Inc | | 32.00 | 64.00 |
| TOTAL | | 606.68 | 1271.82 |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| TO-PXCMP EE P | 264.17 | 528.34 |
| TO-PXVIS EE PR | 3.13 | 6.26 |
| TO-TO-PXDEN E | 49.43 | 98.86 |
| TOTAL | 316.73 | 633.46 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2593.26 | 5128.06 |

0940 1404-4185 Action Supply Products Inc • 1065 Montour West Industrial Park • Coraopolis PA  15108 • (724) 695-2721

ACTION SUPPLY PRODUCTS INC
1065 MONTOUR WEST INDUSTRIAL PARK
CORAOPOLIS PA 15108

1404-4185
ORG1:100 Administra
tive Clerical
EE ID: 1214        DD

ROBERT A RAINERI
611 HARVESTER DR
OAKDALE PA 15071

**PERSONAL AND CHECK INFORMATION**
ROBERT A RAINERI
611 HARVESTER DR
OAKDALE, PA 15071
Soc Sec #: xxx-xx-xxxx    Employee ID: 1214

Home Department: 100 Administrative Clerical

Pay Period: 12/23/17 to 01/13/18
Check Date: 01/12/18    Check #: 11908
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5903 | 2534.80 | 2534.80 |
| **NET PAY** | **2534.80** | **2534.80** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Mgmt Salary | 0.00 days | 5.50 days |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 3516.67 | | 3516.67 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 3516.67 | | 3516.67 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 198.40 | 198.40 |
| | Medicare | | 46.40 | 46.40 |
| | Fed Income Tax | M 4 | 285.82 | 285.82 |
| | PA Income Tax | | 98.24 | 98.24 |
| | PA Unemploy | | 2.11 | 2.11 |
| | PA LNFAY-All LS | | 2.17 | 2.17 |
| | PA NFAYE-All Inc | | 32.00 | 32.00 |
| | **TOTAL** | | 665.14 | 665.14 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | TO-PXCMP EE P | 264.17 | 264.17 |
| | TO-PXVIS EE PR | 3.13 | 3.13 |
| | TO-TO-PXDEN E | 49.43 | 49.43 |
| | **TOTAL** | 316.73 | 316.73 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2534.80** | **2534.80** |

**0940 1404-4185** Action Supply Products Inc • 1065 Montour West Industrial Park • Coraopolis PA 15108 • (724) 695-2721

ACTION SUPPLY PRODUCTS INC
1065 MONTOUR WEST INDUSTRIAL PARK
CORAOPOLIS PA 15108

1404-4185
ORG1:100 Administra
tive Clerical
EE ID: 1214        DD

ROBERT A RAINERI
611 HARVESTER DR
OAKDALE PA 15071

**PERSONAL AND CHECK INFORMATION**
ROBERT A RAINERI
611 HARVESTER DR
OAKDALE, PA 15071
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1214

**Home Department:** 100 Administrative Clerical

**Pay Period:** 12/14/17 to 12/22/17
**Check Date:** 12/29/17    **Check #:** 11883
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 5903 | 2497.94 | 59802.95 |
| **NET PAY** | **2497.94** | **59802.95** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAIL BAL |
|---|---|---|
| Mgmt Salary | 0.00 days | 5.50 days |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 3466.67 | | 83200.08 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 3466.67 | | 83200.08 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 195.29 | 4701.88 |
| | Medicare | | 45.67 | 1099.63 |
| | Fed Income Tax | M 4 | 278.32 | 6715.46 |
| | PA Income Tax | | 96.70 | 2328.22 |
| | PA Unemploy | | 2.43 | 58.32 |
| | PA LNFAY-All LS | | 2.09 | 52.00 |
| | PA NFAYE-All Inc | | 31.50 | 758.34 |
| | **TOTAL** | | 652.00 | 15713.85 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Misc Deduction | | 320.00 |
| | TO-PXCMP EE P | 264.17 | 6227.04 |
| | TO-PXVIS EE PR | 3.13 | 75.12 |
| | TO-TO-PXDEN E | 49.43 | 1061.12 |
| | **TOTAL** | 316.73 | 7683.28 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2497.94 | 59802.95 |

**0940 1404-4185** Action Supply Products Inc • 1065 Montour West Industrial Park • Coraopolis PA 15108 • (724) 695-2721