| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert A Raineri** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–4325** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Jennifer L Raineri** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1798** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | Date case filed for chapter  **13**  **2/23/18** |
| Case number:  **18–20672–GLT** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert A Raineri | Jennifer L Raineri |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 611 Harvester Dr <br> Oakdale, PA 15071 | 611 Harvester Dr <br> Oakdale, PA 15071 |
| 4. | **Debtor's attorney** <br> Name and address | Lawrence W. Willis <br> Willis & Associates <br> 201 Penn Center Blvd <br> Suite 400 <br> Pittsburgh, PA 15235 | Contact phone 412–235–1721 <br><br> Email: ecf@westernpabankruptcy.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 4/2/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 7, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/6/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/4/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/22/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/7/18** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20672-GLT
Robert A Raineri                                                      Chapter 13
Jennifer L Raineri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 3           Date Rcvd: Apr 02, 2018
                              Form ID: 309I           Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2018.
```
db/jdb         +Robert A Raineri,    Jennifer L Raineri,    611 Harvester Dr,    Oakdale, PA 15071-9393
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14779701       +Allegent Community Fcu,    1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
14779704       +Bankamerica,    4909 Savarese Circle,    Tampa, FL 33634-2413
14779727      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,      Pob 8099,    Newark, DE 19714)
14779710       +Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
14779712       +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
14779713       +Citifinancial,    605 Munn Road,    Fort Mill, SC 29715-8421
14802022       +Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
14779730       +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
14802027        North Fayette,    C/O Jordan Tax,    Canonsburg,    Canonsburg, PA 15317
14802029       +PA Department Of Revenue,    Bankruptcy Division,    PO Box 788,    Harrisburg, PA 17108-0788
14779733       +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
14779749       +Us Dep Ed,    Po Box 5609,    Greenville, TX 75403-5609
14779750       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@westernpabankruptcy.com Apr 03 2018 02:49:46      Lawrence W. Willis,
                 Willis & Associates,    201 Penn Center Blvd,    Suite 400,    Pittsburgh, PA  15235
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2018 02:50:08      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 03 2018 02:50:23
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14782804        EDI: GMACFS.COM Apr 03 2018 06:33:00      Ally Bank,    PO Box 130424,    Roseville MN 55113-0004
14779702       +EDI: GMACFS.COM Apr 03 2018 06:33:00      Ally Financial,    200 Renaissance Ctr,
                 Detroit, MI 48243-1300
14779703       +E-mail/Text: bk@avant.com Apr 03 2018 02:50:47      Avant,    222 N. Lasalle Suite 170,
                 Chicago, IL 60601-1101
14779705       +EDI: TSYS2.COM Apr 03 2018 06:34:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
14779706        EDI: CAPITALONE.COM Apr 03 2018 06:34:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14779707       +EDI: CAPITALONE.COM Apr 03 2018 06:34:00      Capital One,    Po Box 5253,
                 Carol Stream, IL 60197-5253
14779708       +EDI: CAPITALONE.COM Apr 03 2018 06:34:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14779709       +EDI: CAPONEAUTO.COM Apr 03 2018 06:35:00      Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
14779711       +EDI: CHASE.COM Apr 03 2018 06:34:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14779714       +EDI: WFNNB.COM Apr 03 2018 06:34:00      Comenity Bank/express,    Po Box 182789,
                 Columbus, OH 43218-2789
14779715       +EDI: WFNNB.COM Apr 03 2018 06:34:00      Comenity Bank/lnbryant,    Po Box 182789,
                 Columbus, OH 43218-2789
14779716       +EDI: WFNNB.COM Apr 03 2018 06:34:00      Comenitybank/victoria,    Po Box 182789,
                 Columbus, OH 43218-2789
14779717       +EDI: RCSFNBMARIN.COM Apr 03 2018 06:34:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14779718       +EDI: RCSFNBMARIN.COM Apr 03 2018 06:34:00      Creditonebnk,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14784468        EDI: DISCOVER.COM Apr 03 2018 06:34:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
14779719       +EDI: DISCOVER.COM Apr 03 2018 06:34:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
14779720       +EDI: TSYS2.COM Apr 03 2018 06:34:00      Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14781192        EDI: FORD.COM Apr 03 2018 06:33:00      Ford Motor Credit Company LLC,    PO Box 62180,
                 Colorado Springs, CO 80962
14779721       +EDI: AMINFOFP.COM Apr 03 2018 06:34:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
14779722       +EDI: FORD.COM Apr 03 2018 06:33:00      Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
14779723       +E-mail/Text: bankruptcy@huntington.com Apr 03 2018 02:50:22      Huntington Mortgage Co,
                 Po Box 1558,    Columbus, OH 43216-1558
14802020        EDI: IRS.COM Apr 03 2018 06:35:00      Internal Revenue Service,    Insolvency Unit,    PO Box 628,
                 Pittsburgh, PA 15230
```

```
District/off: 0315-2                  User: dkam                    Page 2 of 3                   Date Rcvd: Apr 02, 2018
                                      Form ID: 309I                 Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14779724       +E-mail/Text: BKRMailOPS@weltman.com Apr 03 2018 02:50:03     Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
14779725       +EDI: CBSKOHLS.COM Apr 03 2018 06:34:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14779726       +E-mail/Text: bk@lendingclub.com Apr 03 2018 02:50:44     Lending Club Corp,
                 71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14779728       +EDI: MERRICKBANK.COM Apr 03 2018 06:33:00      Merrick Bank Corp,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
14779729       +EDI: PHINGENESIS Apr 03 2018 06:35:00      Midamerica/milestone/g,   Po Box 4499,
                 Beaverton, OR 97076-4499
14779731       +EDI: AGFINANCE.COM Apr 03 2018 06:33:00      Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14779732       +EDI: AGFINANCE.COM Apr 03 2018 06:33:00      Onemain Financial,   Po Box 499,
                 Hanover, MD 21076-0499
14780164       +EDI: PRA.COM Apr 03 2018 06:33:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14779734       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 03 2018 02:48:01      Regional Finance Corp,
                 550 Ohio Pike Unit F,   Cincinnati, OH 45255-3472
14779735       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb Home,   Po Box 965036,   Orlando, FL 32896-5036
14779736       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
14779737       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
14779738       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/bp,   Po Box 965024,   Orlando, FL 32896-5024
14779739       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/care Credit,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
14779740       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/citgo,   4125 Windard Plaza,
                 Alpharetta, GA 30005-8738
14779741       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14779742       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/levin Furniture,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
14779743       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
14779744       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/paypal Extras Mc,   Po Box 965005,
                 Orlando, FL 32896-5005
14779745       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/paypal Smart Con,   Po Box 965005,
                 Orlando, FL 32896-5005
14779746       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/score Rewards,   Po Box 965005,
                 Orlando, FL 32896-5005
14779747       +EDI: RMSC.COM Apr 03 2018 06:35:00     Syncb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
14779748       +EDI: CITICORP.COM Apr 03 2018 06:34:00      Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
14779751       +EDI: BLUESTEM Apr 03 2018 06:35:00     Webbank/fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 49

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14802005*     +Allegent Community Fcu,   1001 Liberty Ave Ste 100,   Pittsburgh, PA 15222-3715
14802006*     +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
14802007*     +Avant,   222 N. Lasalle Suite 170,   Chicago, IL 60601-1101
14802008*     +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
14802009*     +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
14802010*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
14802011*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14802012*     +Comenity Bank/express,   Po Box 182789,   Columbus, OH 43218-2789
14802013*     +Comenitybank/victoria,   Po Box 182789,   Columbus, OH 43218-2789
14802014*     +Credit One Bank Na,   Po Box 98875,   Las Vegas, NV 89193-8875
14802015*     +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
14802016*     +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
14802017*     +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14802018*     +Frd Motor Cr,   Po Box Box 542000,   Omaha, NE 68154-8000
14802019*     +Internal Revenue Service,   Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
14802021*     +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14802023*     +Kohls/capone,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14802024*     +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14802025*     +Merrick Bank Corp,   Po Box 9201,   Old Bethpage, NY 11804-9001
14802026*     +Nationstar/mr. Cooper,   350 Highland Dr,   Lewisville, TX 75067-4177
14802028*     +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14802030*     +Pnc Bank, N.a.,   Po Box 3180,   Pittsburgh, PA 15230-3180
14802031*     +Syncb Home,   Po Box 965036,   Orlando, FL 32896-5036
14802032*     +Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
14802033*     +Syncb/amer Eagle,   Po Box 965005,   Orlando, FL 32896-5005
14802034*     +Syncb/bp,   Po Box 965024,   Orlando, FL 32896-5024
14802035*     +Syncb/care Credit,   C/o Po Box 965036,   Orlando, FL 32896-0001
14802036*     +Syncb/citgo,   4125 Windard Plaza,   Alpharetta, GA 30005-8738
14802037*     +Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
```

```
District/off: 0315-2          User: dkam                  Page 3 of 3                  Date Rcvd: Apr 02, 2018
                              Form ID: 309I               Total Noticed: 67


          ***** BYPASSED RECIPIENTS (continued) *****
14802038*      +Syncb/levin Furniture,    950 Forrer Blvd,    Kettering, OH 45420-1469
14802039*      +Syncb/old Navy,    Po Box 965005,    Orlando, FL 32896-5005
14802040*      +Syncb/paypal Extras Mc,    Po Box 965005,    Orlando, FL 32896-5005
14802041*      +Syncb/paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
14802042*      +Syncb/score Rewards,    Po Box 965005,    Orlando, FL 32896-5005
14802043*      +Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
14802044*      +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14802045*      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
14802046*      +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                             TOTALS: 1, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2018 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          Lawrence W. Willis    on behalf of Joint Debtor Jennifer L Raineri ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor Robert A Raineri ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```