MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Raineri** _____ JAD/TPA/CMB/**GLT**

Case Number: **18-20672**

Date of Meeting: **5/7/18**                                Recording # **9**
Debtor(s) present **✓** or Not Present ___ (__No Payments Made or __partial payments)
Attorney for debtor(s) **Willis** _____ (Present **✓** or Not Present ___)
Date of Plan at § 341: **3/29/18** Applicable commitment period ___ 3 yrs / **✓ 5 yrs**

\* Debtor H has unfiled returns for 2015, 2016 & 2017

\* Debtor's paying the mortgage on 11 Cherry Road & paying rent on another property — father on social security.

___ Meeting HELD and CONCLUDED
**✓** Meeting HELD but CONTINUED (not closed)       for unfiled returns
___ Meeting NOT HELD
                                                    ___ Order to Show Cause Requested
                                                    ___ To be rescheduled by Clerk

**✓** Confirmation Order recommended ___ Final **✓** Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
**✓** Continued to:
   ___ 341 Meeting   OR   **✓** Conciliation Conf OR ___ *Contested Hearing
   On **9/13/18** at **11:00** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee

FILED 2018 MAY 10 P 2:08 CLERK U.S. BANKRUPTCY COURT PITTSBURGH