Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert A Raineri
Jennifer L Raineri**
   Debtor(s)

Bankruptcy Case No.: 18–20672–GLT
Issued Per 5/7/2018 Proceeding
Chapter: 13
Docket No.: 38 – 23
Concil. Conf.: September 13, 2018 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 29, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Sep. 13, 2018 at 11:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 5 of Nationstar Mortgage, Claim No. 39 of North Fayette Township EIT and Claim No. 1 of Ford Motor Credit .

☑ H.   Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 2 of Ally Financial and Claim No. 27 of Ford motor Credit

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: May 10, 2018

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 18-20672-GLT
Robert A Raineri                                                          Chapter 13
Jennifer L Raineri
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                   Page 1 of 4                   Date Rcvd: May 10, 2018
                               Form ID: 149                 Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db/jdb         +Robert A Raineri,    Jennifer L Raineri,   611 Harvester Dr,   Oakdale, PA 15071-9393
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
cr             +Township of North Fayette/West Allegheny SD,   Goehring, Rutter & Boehm,
                437 Grant Street, 14th Floor,    Frick Building,   Pittsburgh, PA 15219,
                UNITED STATES 15219-6101
cr             +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
                U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA 15219,
                U.S.A. 15219-1956
14779701       +Allegent Community Fcu,    1001 Liberty Ave Ste 100,   Pittsburgh, PA 15222-3715
14779704       +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
14779705       +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14779706      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14779727      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,    Pob 8099,    Newark, DE 19714)
14779708       +Capital One,    Po Box 30253,   Salt Lake City, UT 84130-0253
14812077        Capital One, N.A.,    c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14779710       +Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
14779711       +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14779712       +Chase Mtg,   Po Box 24696,    Columbus, OH 43224-0696
14779713       +Citifinancial,    605 Munn Road,   Fort Mill, SC 29715-8421
14779714       +Comenity Bank/express,    Po Box 182789,    Columbus, OH 43218-2789
14779715       +Comenity Bank/lnbryant,    Po Box 182789,    Columbus, OH 43218-2789
14779716       +Comenitybank/victoria,    Po Box 182789,    Columbus, OH 43218-2789
14814351       +Department Stores National Bank,    Citibank, N.A.,    701 East 60th Street North,
                Sioux Falls, SD 57104-0493
14779720       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14781192      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,    PO Box 62180,
                Colorado Springs, CO 80962)
14779721       +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14779722       +Frd Motor Cr,    Po Box Box 542000,   Omaha, NE 68154-8000
14802022       +Jordan Tax Service,    102 Rahway Road,    Canonsburg, PA 15317-3349
14807799       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14779730       +Nationstar/mr. Cooper,    350 Highland Dr,   Lewisville, TX 75067-4177
14802027        North Fayette,    C/O Jordan Tax,   Canonsburg,    Canonsburg, PA 15317
14802029       +PA Department Of Revenue,    Bankruptcy Division,   PO Box 788,   Harrisburg, PA 17108-0788
14827224       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14779733       +Pnc Bank, N.a.,    Po Box 3180,   Pittsburgh, PA 15230-3180
14779748       +Thd/cbna,    Po Box 6497,   Sioux Falls, SD 57117-6497
14819809       +Township of North Fayette & West Allegheny SD,    Goehring, Rutter & Boehm,
                c/o Jeffrey R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                Pittsburgh, PA 15219-6101
14818710        UPMC Health Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14816223        US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,    MADISON, WI 53708-8973
14779749       +Us Dep Ed,    Po Box 5609,   Greenville, TX 75403-5609
14779750       +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2018 01:44:43
                PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
14782804        E-mail/Text: ally@ebn.phinsolutions.com May 11 2018 01:46:25     Ally Bank,   PO Box 130424,
                Roseville MN 55113-0004
14779702        E-mail/Text: ally@ebn.phinsolutions.com May 11 2018 01:46:25     Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
14779703       +E-mail/Text: bk@avant.com May 11 2018 01:47:40     Avant,   222 N. Lasalle Suite 170,
                Chicago, IL 60601-1101
14779709       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 11 2018 01:43:57     Capital One Auto Finan,
                3901 Dallas Pkwy,    Plano, TX 75093-7864
14779717       +E-mail/PDF: creditonebknotifications@resurgent.com May 11 2018 01:50:06     Credit One Bank Na,
                Po Box 98875,    Las Vegas, NV 89193-8875
14779718       +E-mail/PDF: creditonebknotifications@resurgent.com May 11 2018 01:43:57     Creditonebnk,
                Po Box 98875,    Las Vegas, NV 89193-8875
14784468        E-mail/Text: mrdiscen@discover.com May 11 2018 01:46:26     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14779719       +E-mail/Text: mrdiscen@discover.com May 11 2018 01:46:26     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
14779723       +E-mail/Text: bankruptcy@huntington.com May 11 2018 01:47:02     Huntington Mortgage Co,
                Po Box 1558,    Columbus, OH 43216-1558
14802020        E-mail/Text: cio.bncmail@irs.gov May 11 2018 01:46:34     Internal Revenue Service,
                Insolvency Unit,    PO Box 628,   Pittsburgh, PA 15230
```

```
District/off: 0315-2          User: dbas               Page 2 of 4            Date Rcvd: May 10, 2018
                              Form ID: 149             Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14814975      E-mail/Text: JCAP_BNC_Notices@jcap.com May 11 2018 01:47:29      Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
14779724     +E-mail/Text: BKRMailOPS@weltman.com May 11 2018 01:46:39      Kay Jewelers,   375 Ghent Rd,
              Fairlawn, OH 44333-4600
14779725     +E-mail/Text: bnckohlsnotices@becket-lee.com May 11 2018 01:46:30       Kohls/capone,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14823063      E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2018 01:50:08
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14823117      E-mail/PDF: resurgentbknotifications@resurgent.com May 11 2018 01:44:48
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
              LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14779726     +E-mail/Text: bk@lendingclub.com May 11 2018 01:47:38      Lending Club Corp,
              71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14823061      E-mail/Text: bkr@cardworks.com May 11 2018 01:46:20      MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14779728     +E-mail/Text: bkr@cardworks.com May 11 2018 01:46:20      Merrick Bank Corp,   Po Box 9201,
              Old Bethpage, NY 11804-9001
14779729     +E-mail/Text: GenesisFS@ebn.phinsolutions.com May 11 2018 01:48:08       Midamerica/milestone/g,
              Po Box 4499,   Beaverton, OR 97076-4499
14809022     +E-mail/Text: bankruptcydpt@mcmcg.com May 11 2018 01:47:04      Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
14818407      E-mail/PDF: cbp@onemainfinancial.com May 11 2018 01:43:48      ONEMAIN,   P.O. BOX 3251,
              EVANSVILLE, IN 47731-3251
14779731     +E-mail/PDF: cbp@onemainfinancial.com May 11 2018 01:43:50      Onemain,   Po Box 1010,
              Evansville, IN 47706-1010
14779732     +E-mail/PDF: cbp@onemainfinancial.com May 11 2018 01:44:11      Onemain Financial,   Po Box 499,
              Hanover, MD 21076-0499
14830802      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2018 02:01:20
              Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
14814193      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2018 01:44:20
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14780164     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 11 2018 01:44:20
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14814319     +E-mail/Text: JCAP_BNC_Notices@jcap.com May 11 2018 01:47:29      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
14822012      E-mail/Text: bnc-quantum@quantum3group.com May 11 2018 01:46:45
              Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14810319      E-mail/Text: bnc-quantum@quantum3group.com May 11 2018 01:46:46
              Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
              Kirkland, WA  98083-0788
14810317      E-mail/Text: bnc-quantum@quantum3group.com May 11 2018 01:46:45
              Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14779734     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 11 2018 01:44:45      Regional Finance Corp,
              550 Ohio Pike Unit F,   Cincinnati, OH 45255-3472
14779735     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:16      Syncb Home,   Po Box 965036,
              Orlando, FL 32896-5036
14779736     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:41      Syncb/amazon,   Po Box 965015,
              Orlando, FL 32896-5015
14779737     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:16      Syncb/amer Eagle,   Po Box 965005,
              Orlando, FL 32896-5005
14779738     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:16      Syncb/bp,   Po Box 965024,
              Orlando, FL 32896-5024
14779739     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:16      Syncb/care Credit,
              C/o Po Box 965036,   Orlando, FL 32896-0001
14779740     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:22      Syncb/citgo,   4125 Windard Plaza,
              Alpharetta, GA 30005-8738
14779741     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:40      Syncb/jcp,   Po Box 965007,
              Orlando, FL 32896-5007
14779742     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:40      Syncb/levin Furniture,
              950 Forrer Blvd,   Kettering, OH 45420-1469
14779743     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:15      Syncb/old Navy,   Po Box 965005,
              Orlando, FL 32896-5005
14779744     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:43:52      Syncb/paypal Extras Mc,
              Po Box 965005,   Orlando, FL 32896-5005
14779745     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:41      Syncb/paypal Smart Con,
              Po Box 965005,   Orlando, FL 32896-5005
14779746     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:41      Syncb/score Rewards,
              Po Box 965005,   Orlando, FL 32896-5005
14779747     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:40      Syncb/walmart,   Po Box 965024,
              Orlando, FL 32896-5024
14825626     +E-mail/PDF: gecsedi@recoverycorp.com May 11 2018 01:44:16      Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14817095      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2018 01:50:30      Verizon,
              by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
14779751     +E-mail/Text: bnc-bluestem@quantum3group.com May 11 2018 01:47:41      Webbank/fingerhut,
              6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 48
```

```
District/off: 0315-2           User: dbas                  Page 3 of 4                   Date Rcvd: May 10, 2018
                               Form ID: 149                Total Noticed: 84


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14802005*      +Allegent Community Fcu,   1001 Liberty Ave Ste 100,    Pittsburgh, PA 15222-3715
14802006*      +Ally Financial,   200 Renaissance Ctr,    Detroit, MI 48243-1300
14802007*      +Avant,   222 N. Lasalle Suite 170,    Chicago, IL 60601-1101
14802008*      +Bankamerica,   4909 Savarese Circle,    Tampa, FL 33634-2413
14802009*      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
14802010*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
14802011*      +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
14802012*      +Comenity Bank/express,    Po Box 182789,    Columbus, OH 43218-2789
14802013*      +Comenitybank/victoria,    Po Box 182789,    Columbus, OH 43218-2789
14802014*      +Credit One Bank Na,    Po Box 98875,    Las Vegas, NV 89193-8875
14802015*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
14802016*      +Dsnb Macys,   Po Box 8218,    Mason, OH 45040-8218
14802017*      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14802018*      +Frd Motor Cr,   Po Box Box 542000,    Omaha, NE 68154-8000
14802019*      +Internal Revenue Service,    Insolvency Unit,    PO Box 7346,    Philadelphia, PA 19101-7346
14802021*      +Internal Revenue Service,    William S. Moorehead Federal Building,    1000 Liberty Avenue,
                 Room 727,    Pittsburgh, PA 15222-4107
14802023*      +Kohls/capone,   N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
14802024*      +Lending Club Corp,    71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
14802025*      +Merrick Bank Corp,    Po Box 9201,    Old Bethpage, NY 11804-9001
14802026*      +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177
14802028*      +Onemain,   Po Box 1010,    Evansville, IN 47706-1010
14802030*      +Pnc Bank, N.a.,    Po Box 3180,    Pittsburgh, PA 15230-3180
14802031*      +Syncb Home,   Po Box 965036,    Orlando, FL 32896-5036
14802032*      +Syncb/amazon,   Po Box 965015,    Orlando, FL 32896-5015
14802033*      +Syncb/amer Eagle,    Po Box 965005,    Orlando, FL 32896-5005
14802034*      +Syncb/bp,   Po Box 965024,    Orlando, FL 32896-5024
14802035*      +Syncb/care Credit,    C/o Po Box 965036,    Orlando, FL 32896-0001
14802036*      +Syncb/citgo,   4125 Windard Plaza,    Alpharetta, GA 30005-8738
14802037*      +Syncb/jcp,   Po Box 965007,    Orlando, FL 32896-5007
14802038*      +Syncb/levin Furniture,    950 Forrer Blvd,    Kettering, OH 45420-1469
14802039*      +Syncb/old Navy,    Po Box 965005,    Orlando, FL 32896-5005
14802040*      +Syncb/paypal Extras Mc,    Po Box 965005,    Orlando, FL 32896-5005
14802041*      +Syncb/paypal Smart Con,    Po Box 965005,    Orlando, FL 32896-5005
14802042*      +Syncb/score Rewards,    Po Box 965005,    Orlando, FL 32896-5005
14802043*      +Syncb/walmart,   Po Box 965024,    Orlando, FL 32896-5024
14802044*      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
14802045*      +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
14802046*      +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14779707      ##+Capital One,   Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                     TOTALS: 2, * 39, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 4 of 4             Date Rcvd: May 10, 2018
                              Form ID: 149            Total Noticed: 84
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2018 at the address(es) listed below:

```
              Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
               PitEcf@weltman.com
              James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt     on behalf of Creditor    Township of North Fayette/West Allegheny SD
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Jill   Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;deborah.verrilla@usdoj.gov;caseview.ecf@usdoj.gov
              Lawrence W. Willis     on behalf of Joint Debtor Jennifer L Raineri ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis     on behalf of Debtor Robert A Raineri ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```