IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:  :  Case No.: 18-20672-GLT
        :  Chapter: 13
Robert A Raineri  :
Jennifer L Raineri  :
        :  Date: 6/20/2018
        Debtor(s).  :  Time: 10:00

**FILED**

**JUN 21 2018**

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**   #34 - Motion to Dismiss Case filed by the I.R.S.
              #44 - Amended Response by Debtor

**APPEARANCES:**
         Debtor:    Lawrence W. Willis
         Trustee:   Jana Pail
         I.R.S.:    Jill Locnikar

**NOTES:**

Locnikar: The Debtors have not filed any income-tax returns for 2015, 2016, and 2017.

Willis: Requests 60 days to file the returns.

Locnikar: The Debtors knew about this issue since the case was filed. Sixty days is too much.

Court: The 341 meeting happened in May, and the Code permits an extension through September. Sixty days is not unreasonable.

**OUTCOME:**

1. On or before August 15, 2018, the Debtors shall submit proof that the I.R.S. has received their outstanding income-tax returns for 2015, 2016, and 2017. To the extent they do not, the Court may dismiss the case without further notice or hearing. (Chambers to prepare.)

2. The hearing on the Motion to Dismiss [Dkt. No. 34] is continued to August 15, 2018 at 9:00 a.m. (Chambers to prepare.)

3. On or before September 20, 2018, the Debtors shall file an amended plan. (CT to prepare.)

**DATED:** 6/20/2018