Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert A Raineri
Jennifer L Raineri**
   Debtor(s)

Bankruptcy Case No.: 18–20672–GLT
Chapter: 13
Related to Document No.: 23
Concil. Conf.: November 8, 2018 at 09:00 AM

## ORDER

      On June 20, 2018, a hearing was conducted on the Trustee's Motion to Dismiss Case [Dkt. No. 23], at which time the Court determined that an Amended Plan is necessary.

      **AND NOW,** this **The 21st of June, 2018**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

      (1)   ***On or before September 20, 2018,*** the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

      (2)   ***On or before October 11, 2018,*** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

      (3)   ***On November 8, 2018 at 09:00 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      (4)   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)   Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)   The Final Conciliation Conference set for September 13, 2018 is cancelled.

Dated: June 21, 2018

cm: Debtor
    Counsel for Debtors

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert A Raineri  
Jennifer L Raineri  
      Debtors  

Case No. 18-20672-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: ctak    Page 1 of 1    Date Rcvd: Jun 21, 2018  
                        Form ID: 005    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.
db/jdb    +Robert A Raineri,   Jennifer L Raineri,   611 Harvester Dr,   Oakdale, PA 15071-9393

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:
      Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
       PitEcf@weltman.com
      James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
       bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette/West Allegheny SD
       jhunt@grblaw.com, cnoroski@grblaw.com
      Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
       Internal Revenue Service jill.locnikar@usdoj.gov,
       patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
      Lawrence W. Willis    on behalf of Joint Debtor Jennifer L Raineri ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com
      Lawrence W. Willis    on behalf of Debtor Robert A Raineri ecf@westernpabankruptcy.com,
       urfreshstrt@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                TOTAL: 9