IN THE UNITED STATES BANKRUTPCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 18-20672-GLT |
| : | Chapter 13 |
| ROBERT A. RAINERI & : | |
| JENNIFER L. RAINERI, : | |
| : | |
| Debtors. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| INTERNAL REVENUE SERVICE, : | Related to Dkt. No. 34 |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| ROBERT A. RAINERI & : | |
| JENNIFER L. RAINERI, : | |
| : | |
| Respondents. : | |

**FILED**

JUN 22 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## ORDER

This matter came before the Court upon the *United States' Motion to Dismiss Case* filed by the U.S. Internal Revenue Service ("I.R.S.") [Dkt. No. 34]. After a hearing on June 21, 2018 and for the reasons stated on the record, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. On or before **August 15, 2018**, the Debtors shall submit proof that the I.R.S. has received their 2015, 2016, and 2017 income-tax returns and shall provide a copy of the returns to the chapter 13 trustee.

2. If the Debtors do not timely comply with the item in ¶ 1, the Court may dismiss the case without prejudice and without further notice or hearing upon the filing of an affidavit of non-compliance by the chapter 13 trustee, the I.R.S., or any party-in-interest.

Dated: June 21, 2018

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUTPCY JUDGE

<u>Case administrator to mail to:</u>
Debtors
Lawrence W. Willis, Esq.
Jill Locnikar, Esq.
Ronda Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert A Raineri  
Jennifer L Raineri  
       Debtors

Case No. 18-20672-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Jun 22, 2018  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.  
db/jdb         +Robert A Raineri,    Jennifer L Raineri,    611 Harvester Dr,    Oakdale, PA 15071-9393

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2018 at the address(es) listed below:

       Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com, PitEcf@weltman.com  
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette/West Allegheny SD jhunt@grblaw.com, cnoroski@grblaw.com  
       Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
       Lawrence W. Willis    on behalf of Joint Debtor Jennifer L Raineri ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
       Lawrence W. Willis    on behalf of Debtor Robert A Raineri ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                             TOTAL: 9