**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Robert A Raineri** | : | Case No. 18−20672−GLT |
| **Jennifer L Raineri** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Dkt. Nos. 48 and 52 |
| | : | |

### ORDER DISMISSING CASE WITHOUT PREJUDICE AND
### TERMINATING WAGE ATTACHMENT

    *AND NOW,* this *The 28th of August, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby *ORDERED, ADJUDGED and DECREED* as follows:

    (1)   The above−captioned case is *DISMISSED, without prejudice*. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. *Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.*

    (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-20672-GLT
Robert A Raineri                                                          Chapter 13
Jennifer L Raineri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak          Page 1 of 4          Date Rcvd: Aug 28, 2018
                             Form ID: 309          Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
```
db/jdb        +Robert A Raineri,   Jennifer L Raineri,   611 Harvester Dr,   Oakdale, PA 15071-9393
cr            +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
cr            +Township of North Fayette/West Allegheny SD,   Goehring, Rutter & Boehm,
               437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
               UNITED STATES 15219-6101
cr            +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
               U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,   Pittsburgh, PA  15219,
               U.S.A. 15219-1956
14779701      +Allegent Community Fcu,   1001 Liberty Ave Ste 100,   Pittsburgh, PA 15222-3715
14779704      +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
14779727     ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
              (address filed with court: Mabt/contfin,   Pob 8099,   Newark, DE 19714)
14779710      +Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
14779712      +Chase Mtg,   Po Box 24696,   Columbus, OH 43224-0696
14779713      +Citifinancial,   605 Munn Road,   Fort Mill, SC 29715-8421
14814351      +Department Stores National Bank,   Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
14802022      +Jordan Tax Service,   102 Rahway Road,   Canonsburg, PA 15317-3349
14859976      +NCB Management Services, Inc.,   One Allied Drive,   Trevose, PA 19053-6945
14807799      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   P.O. Box 619096,   Dallas, TX 75261-9096
14779730      +Nationstar/mr. Cooper,   350 Highland Dr,   Lewisville, TX 75067-4177
14802027       North Fayette,   C/O Jordan Tax,   Canonsburg,   Canonsburg, PA 15317
14802029      +PA Department Of Revenue,   Bankruptcy Division,   PO Box 788,   Harrisburg, PA 17108-0788
14827224      +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
14779733      +Pnc Bank, N.a.,   Po Box 3180,   Pittsburgh, PA 15230-3180
14819809      +Township of North Fayette & West Allegheny SD,   Goehring, Rutter & Boehm,
               c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
               Pittsburgh, PA 15219-6101
14818710       UPMC Health Services,   PO Box 1123,   Minneapolis, MN 55440-1123
14816223       US DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973
14779749      +Us Dep Ed,   Po Box 5609,   Greenville, TX 75403-5609
14779750      +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +EDI: PRA.COM Aug 29 2018 05:58:00      PRA  Receivables Management LLC,   POB 41067,
               Norfolk, VA 23541-1067
14782804       EDI: GMACFS.COM Aug 29 2018 05:58:00      Ally Bank,   PO Box 130424,   Roseville MN 55113-0004
14779702      +EDI: GMACFS.COM Aug 29 2018 05:58:00      Ally Financial,   200 Renaissance Ctr,
               Detroit, MI 48243-1300
14779703      +E-mail/Text: bk@avant.com Aug 29 2018 02:10:33      Avant,   222 N. Lasalle Suite 170,
               Chicago, IL 60601-1101
14779705      +EDI: TSYS2.COM Aug 29 2018 05:58:00      Barclays Bank Delaware,   Po Box 8803,
               Wilmington, DE 19899-8803
14779706       EDI: CAPITALONE.COM Aug 29 2018 05:58:00      Capital One,   15000 Capital One Dr,
               Richmond, VA 23238
14779707      +EDI: CAPITALONE.COM Aug 29 2018 05:58:00      Capital One,   Po Box 5253,
               Carol Stream, IL 60197-5253
14779708      +EDI: CAPITALONE.COM Aug 29 2018 05:58:00      Capital One,   Po Box 30253,
               Salt Lake City, UT 84130-0253
14779709      +EDI: CAPONEAUTO.COM Aug 29 2018 05:58:00      Capital One Auto Finan,   3901 Dallas Pkwy,
               Plano, TX 75093-7864
14812077       EDI: BL-BECKET.COM Aug 29 2018 05:58:00      Capital One, N.A.,   c/o Becket and Lee LLP,
               PO Box 3001,   Malvern PA 19355-0701
14779711      +EDI: CHASE.COM Aug 29 2018 05:58:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14779714      +EDI: WFNNB.COM Aug 29 2018 05:58:00      Comenity Bank/express,   Po Box 182789,
               Columbus, OH 43218-2789
14779715      +EDI: WFNNB.COM Aug 29 2018 05:58:00      Comenity Bank/lnbryant,   Po Box 182789,
               Columbus, OH 43218-2789
14779716      +EDI: WFNNB.COM Aug 29 2018 05:58:00      Comenitybank/victoria,   Po Box 182789,
               Columbus, OH 43218-2789
14779717      +EDI: RCSFNBMARIN.COM Aug 29 2018 05:58:00      Credit One Bank Na,   Po Box 98875,
               Las Vegas, NV 89193-8875
14779718      +EDI: RCSFNBMARIN.COM Aug 29 2018 05:58:00      Creditonebnk,   Po Box 98875,
               Las Vegas, NV 89193-8875
14784468       EDI: DISCOVER.COM Aug 29 2018 05:58:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
14779719      +EDI: DISCOVER.COM Aug 29 2018 05:58:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
14779720      +EDI: TSYS2.COM Aug 29 2018 05:58:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
14781192       EDI: FORD.COM Aug 29 2018 05:58:00      Ford Motor Credit Company LLC,   PO Box 62180,
               Colorado Springs, CO 80962
```

```
District/off: 0315-2          User: ctak              Page 2 of 4              Date Rcvd: Aug 28, 2018
                              Form ID: 309             Total Noticed: 86


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14779721        +EDI: AMINFOFP.COM Aug 29 2018 05:58:00     First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
14779722        +EDI: FORD.COM Aug 29 2018 05:58:00     Frd Motor Cr,   Po Box Box 542000,
                 Omaha, NE 68154-8000
14779723        +E-mail/Text: bankruptcy@huntington.com Aug 29 2018 02:10:12     Huntington Mortgage Co,
                 Po Box 1558,    Columbus, OH 43216-1558
14802020         EDI: IRS.COM Aug 29 2018 05:58:00     Internal Revenue Service,   Insolvency Unit,   PO Box 628,
                 Pittsburgh, PA 15230
14814975         EDI: JEFFERSONCAP.COM Aug 29 2018 05:58:00     Jefferson Capital Systems LLC,   Po Box 7999,
                 Saint Cloud Mn 56302-9617
14779724        +E-mail/Text: BKRMailOPS@weltman.com Aug 29 2018 02:09:53     Kay Jewelers,   375 Ghent Rd,
                 Fairlawn, OH 44333-4600
14779725        +EDI: CBSKOHLS.COM Aug 29 2018 05:58:00     Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14823063         EDI: RESURGENT.COM Aug 29 2018 05:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
14823117         EDI: RESURGENT.COM Aug 29 2018 05:58:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,   LLC,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14779726        +E-mail/Text: bk@lendingclub.com Aug 29 2018 02:10:31     Lending Club Corp,
                 71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14823061         EDI: MERRICKBANK.COM Aug 29 2018 05:58:00     MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
14779728        +EDI: MERRICKBANK.COM Aug 29 2018 05:58:00     Merrick Bank Corp,   Po Box 9201,
                 Old Bethpage, NY 11804-9001
14779729        +EDI: PHINGENESIS Aug 29 2018 05:58:00     Midamerica/milestone/g,   Po Box 4499,
                 Beaverton, OR 97076-4499
14809022        +EDI: MID8.COM Aug 29 2018 05:58:00     Midland Funding LLC,   PO Box 2011,
                 Warren, MI 48090-2011
14818407         EDI: AGFINANCE.COM Aug 29 2018 05:58:00     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14779731        +EDI: AGFINANCE.COM Aug 29 2018 05:58:00     Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14779732        +EDI: AGFINANCE.COM Aug 29 2018 05:58:00     Onemain Financial,   Po Box 499,
                 Hanover, MD 21076-0499
14830802         EDI: PRA.COM Aug 29 2018 05:58:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
14814193         EDI: PRA.COM Aug 29 2018 05:58:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14780164        +EDI: PRA.COM Aug 29 2018 05:58:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14814319        +EDI: JEFFERSONCAP.COM Aug 29 2018 05:58:00     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14822012         EDI: Q3G.COM Aug 29 2018 05:58:00     Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
14810319         EDI: Q3G.COM Aug 29 2018 05:58:00     Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14810317         EDI: Q3G.COM Aug 29 2018 05:58:00     Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
14779734        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 29 2018 02:16:03     Regional Finance Corp,
                 550 Ohio Pike Unit F,   Cincinnati, OH 45255-3472
14779735        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb Home,   Po Box 965036,   Orlando, FL 32896-5036
14779736        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
14779737        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/amer Eagle,   Po Box 965005,
                 Orlando, FL 32896-5005
14779738        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/bp,   Po Box 965024,   Orlando, FL 32896-5024
14779739        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/care Credit,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
14779740        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/citgo,   4125 Windard Plaza,
                 Alpharetta, GA 30005-8738
14779741        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14779742        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/levin Furniture,   950 Forrer Blvd,
                 Kettering, OH 45420-1469
14779743        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/old Navy,   Po Box 965005,
                 Orlando, FL 32896-5005
14779744        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/paypal Extras Mc,   Po Box 965005,
                 Orlando, FL 32896-5005
14779745        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/paypal Smart Con,   Po Box 965005,
                 Orlando, FL 32896-5005
14779746        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/score Rewards,   Po Box 965005,
                 Orlando, FL 32896-5005
14779747        +EDI: RMSC.COM Aug 29 2018 05:58:00     Syncb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
14825626        +EDI: RMSC.COM Aug 29 2018 05:58:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
14779748        +EDI: CITICORP.COM Aug 29 2018 05:58:00     Thd/cbna,   Po Box 6497,
                 Sioux Falls, SD 57117-6497
14817095         EDI: AIS.COM Aug 29 2018 05:58:00     Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
```

```
District/off: 0315-2          User: ctak              Page 3 of 4             Date Rcvd: Aug 28, 2018
                             Form ID: 309             Total Noticed: 86
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14779751       +EDI: BLUESTEM Aug 29 2018 05:58:00      Webbank/fingerhut,   6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
                                                                                    TOTAL: 62


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14802005*      +Allegent Community Fcu,   1001 Liberty Ave Ste 100,   Pittsburgh, PA 15222-3715
14802006*      +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
14802007*      +Avant,   222 N. Lasalle Suite 170,   Chicago, IL 60601-1101
14802008*      +Bankamerica,   4909 Savarese Circle,   Tampa, FL 33634-2413
14802009*      +Barclays Bank Delaware,   Po Box 8803,   Wilmington, DE 19899-8803
14802010*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
14802011*      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
14802012*      +Comenity Bank/express,   Po Box 182789,   Columbus, OH 43218-2789
14802013*      +Comenitybank/victoria,   Po Box 182789,   Columbus, OH 43218-2789
14802014*      +Credit One Bank Na,   Po Box 98875,   Las Vegas, NV 89193-8875
14802015*      +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
14802016*      +Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
14802017*      +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
14802018*      +Frd Motor Cr,   Po Box Box 542000,   Omaha, NE 68154-8000
14802019*      +Internal Revenue Service,   Insolvency Unit,   PO Box 7346,   Philadelphia, PA 19101-7346
14802021*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                Room 727,   Pittsburgh, PA 15222-4107
14802023*      +Kohls/capone,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14802024*      +Lending Club Corp,   71 Stevenson St Ste 300,   San Francisco, CA 94105-2985
14802025*      +Merrick Bank Corp,   Po Box 9201,   Old Bethpage, NY 11804-9001
14802026*      +Nationstar/mr. Cooper,   350 Highland Dr,   Lewisville, TX 75067-4177
14802028*      +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14802030*      +Pnc Bank, N.a.,   Po Box 3180,   Pittsburgh, PA 15230-3180
14802031*      +Syncb Home,   Po Box 965036,   Orlando, FL 32896-5036
14802032*      +Syncb/amazon,   Po Box 965015,   Orlando, FL 32896-5015
14802033*      +Syncb/amer Eagle,   Po Box 965005,   Orlando, FL 32896-5005
14802034*      +Syncb/bp,   Po Box 965024,   Orlando, FL 32896-5024
14802035*      +Syncb/care Credit,   C/o Po Box 965036,   Orlando, FL 32896-0001
14802036*      +Syncb/citgo,   4125 Windard Plaza,   Alpharetta, GA 30005-8738
14802037*      +Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
14802038*      +Syncb/levin Furniture,   950 Forrer Blvd,   Kettering, OH 45420-1469
14802039*      +Syncb/old Navy,   Po Box 965005,   Orlando, FL 32896-5005
14802040*      +Syncb/paypal Extras Mc,   Po Box 965005,   Orlando, FL 32896-5005
14802041*      +Syncb/paypal Smart Con,   Po Box 965005,   Orlando, FL 32896-5005
14802042*      +Syncb/score Rewards,   Po Box 965005,   Orlando, FL 32896-5005
14802043*      +Syncb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
14802044*      +Thd/cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14802045*      +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
14802046*      +Webbank/fingerhut,   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                          TOTALS: 2, * 39, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                          Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

District/off: 0315-2          User: ctak              Page 4 of 4                Date Rcvd: Aug 28, 2018
                             Form ID: 309             Total Noticed: 86

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Ford Motor Credit Company LLC PitEcf@weltman.com,
               PitEcf@weltman.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Township of North Fayette/West Allegheny SD
               jhunt@grblaw.com,   cnoroski@grblaw.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Lawrence W. Willis    on behalf of Joint Debtor Jennifer L Raineri ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Lawrence W. Willis    on behalf of Debtor Robert A Raineri ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                      TOTAL: 9