**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ROBERT A RAINERI
JENNIFER L RAINERI
Debtor(s)

Case No.:18-20672 GLT

Ronda J. Winnecour
Movant
vs.
No Respondents.

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/23/2018  and confirmed on 05/10/2018 .  The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,400.00 |
| Less Refunds to Debtor | 1,200.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 13,200.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,402.15 | |
|    Trustee Fee | 568.80 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,970.95 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 0.00 | 4,149.76 | 0.00 | 4,149.76 |
|    Acct: 1115 | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C | 4,307.34 | 0.00 | 0.00 | 0.00 |
|    Acct: 1115 | | | | |
| ALLY FINANCIAL(*) | 13,571.92 | 950.88 | 332.09 | 1,282.97 |
|    Acct: 9196 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 26,303.98 | 1,826.18 | 643.70 | 2,469.88 |
|    Acct: 4532 | | | | |
| | | | | 7,902.61 |
| Priority | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| ROBERT A RAINERI | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| ROBERT A RAINERI | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
|    Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 3,800.00 | 2,402.15 | 0.00 | 0.00 |
| Acct: | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 14,636.43 | 2,326.44 | 0.00 | 2,326.44 |
| Acct: 0910 | | | | |
| INTERNAL REVENUE SERVICE* | 22,873.97 | 0.00 | 0.00 | 0.00 |
| Acct: 4325 | | | | |
| NORTH FAYETTE TWP (EIT) | 5,200.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4325 | | | | |
| WEST ALLEGHENY SD & N FAYETTE TWP | 5,239.39 | 0.00 | 0.00 | 0.00 |
| Acct: 4325 | | | | |
| | | | | 2,326.44 |
| **Unsecured** | | | | |
| ALLEGENT COMMUNITY FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7201 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,218.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1129 | | | | |
| BANK AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3482 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 1,788.73 | 0.00 | 0.00 | 0.00 |
| Acct: 4004 | | | | |
| MIDLAND FUNDING LLC | 955.87 | 0.00 | 0.00 | 0.00 |
| Acct: 0317 | | | | |
| MIDLAND FUNDING LLC | 855.19 | 0.00 | 0.00 | 0.00 |
| Acct: 0155 | | | | |
| MIDLAND FUNDING LLC | 723.34 | 0.00 | 0.00 | 0.00 |
| Acct: 3649 | | | | |
| MIDLAND FUNDING LLC | 678.23 | 0.00 | 0.00 | 0.00 |
| Acct: 0719 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9660 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENITY | 1,063.60 | 0.00 | 0.00 | 0.00 |
| Acct: 1605 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,650.70 | 0.00 | 0.00 | 0.00 |
| Acct: 8109 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,088.75 | 0.00 | 0.00 | 0.00 |
| Acct: 8190 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,010.63 | 0.00 | 0.00 | 0.00 |
| Acct: 1093 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 622.69 | 0.00 | 0.00 | 0.00 |
| Acct: 7813 | | | | |
| DISCOVER BANK(*) | 1,092.27 | 0.00 | 0.00 | 0.00 |
| Acct: 0751 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,178.05 | 0.00 | 0.00 | 0.00 |
| Acct: 2717 | | | | |
| PREMIER BANKCARD LLC | 817.90 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE NA** | 577.90 | 0.00 | 0.00 | 0.00 |
| Acct: 7814 | | | | |
| LENDING CLUB CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2352 | | | | |
| LENDING CLUB CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7863 | | | | |
| MERRICK BANK | 1,236.45 | 0.00 | 0.00 | 0.00 |
| Acct: 1515 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9992 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F W  Acct: 3975 | 6,421.00 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT LLC - A  Acct: 9641 | 422.89 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 9971 | 5,392.60 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 7500 | 2,456.22 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 8197 | 1,081.77 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 9854 | 1,072.23 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 0309 | 390.55 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 2059 | 663.92 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 9018 | 2,547.42 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 3565 | 1,672.21 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 8656 | 760.61 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 6583 | 873.37 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 5842 | 1,502.14 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 1575 | 632.11 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 6841 | 1,036.18 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 2755 | 721.29 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - MOMA FU  Acct: 9052 | 2,686.08 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 7054 | 3,035.02 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LL(  Acct: 7778 | 1,095.28 | 0.00 | 0.00 | 0.00 |
| UNITED STATES DEPARTMENT OF EDUCA  Acct: 1798 | 15,244.60 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*  Acct: 1206 | 2,501.28 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AGNT - SADINO F  Acct: 5747 | 624.38 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*  Acct: 4325 | 12,223.56 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP  Acct: 0001 | 215.68 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK  Acct: 5842 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT RAINERI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | 175.00 | 0.00 | 0.00 | 0.00 |

| 18-20672 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured

    Acct: 4325

|    LVNV FUNDING LLC, ASSIGNEE | 588.60 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

    Acct: 4265

|    LVNV FUNDING LLC, ASSIGNEE | 616.89 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

    Acct: 1490

|    MERRICK BANK | 742.85 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

    Acct: 8107

|    NCB MANAGEMENT SERVICES INC* | 6,669.52 | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|

    Acct: 3688

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | 10,229.05 |
|---|---|

TOTAL CLAIMED

| PRIORITY | 47,949.79 |
|---|---|
| SECURED | 44,183.24 |
| UNSECURED | 92.623.67 |

Date: 10/01/2018

/s/ Ronda J. Winnecour
_____

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com